SEP/13/2011/TUE 03:08 PM  KDWG LLP                    FAX No.               P. 001/001
09/13/2011 13:27 FAX 212 966 1801                                                    ☑002
Case 1:11-cv-02618-JGK   Document 11   Filed 09/13/11   Page 1 of 1

09/13/2011 11:27 FAX 2128056724          JUDGE MAAS                          ☑002/002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/11
```

JAMES PUCKETT,                              :

              Plaintiff(s),    :   **ORDER OF DISCONTINUANCE**

       -against-                            :   11 Civ. 2618 (JGK)(FM)

GLOBAL CREDIT & COLLECTION CORP.    :

              Defendant(s).    :

------------------------------------------------------------x

       It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

       ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
             September 13, 2011

                                                        _____
                                                        FRANK MAAS
                                                    United States Magistrate Judge


_Jeffrey S. Eisenberg_                          _Brett A. Scher_
Attorney(s) for Plaintiff                        Attorney(s) for Defendant Global Credit


Agreed and Consented to:                      Agreed and Consented to:

                                                                            Brett A. Scher